# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JIMMY LAIRD,

        Plaintiff,

vs.                                   CASE NO. 6:07-CV-1060-ORL-19DAB

ROYAL CUP, INC.,
HATTON SMITH,

        Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 23, filed January 23, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 23) is **ADOPTED and AFFIRMED.**  The Joint Motion for Approval of Proposed Settlement (Doc. No. 20, filed December 12, 2007) is **GRANTED,** and the terms of the settlement are hereby **APPROVED.**  This case is **DISMISSED** with prejudice, and the Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___7th___ day of February, 2008.

_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record